# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2882

_____

Lee Marvin Greenly, an Individual; Minnesota Wildlife Connection, Inc., a
Minnesota Corporation

*Petitioner*s

v.

United States Department of Agriculture

*Respondent*

_____

Petition for Review of an Order of the
Department of Agriculture

_____

Submitted: August 7, 2014
Filed: August 22, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Lee Marvin Greenly and his company, Minnesota Wildlife Connection, Inc.,
petition for review of two orders of the Secretary of the United States Department of
Agriculture. We conclude that substantial evidence supports the Secretary's order
revoking Greenly's license under the Animal Welfare Act (AWA), directing him and

Minnesota Wildlife Connection to cease and desist from violating the AWA, and assessing a civil penalty of $11,725, see Cox v. USDA, 925 F.2d 1102, 1104 (8th Cir. 1991) (standard of review), and we therefore deny the petition for review of the revocation order.  See 8th Cir. R. 47B.

We also grant the Secretary's motion to dismiss Greenly's petition for review of a second order terminating Greenly's license and disqualifying him from seeking a new one for two years.

_____